Lora A. Schneider, Esq.
Nevada Bar No.: 10448
THARPE & HOWELL, LLP
6897 West Charleston Boulevard
Las Vegas, Nevada 89117
(702) 562-3301
Fax: (702) 562-3305
lschneider@tharpe-howell.com
Attorneys for Defendant,
*Team Ford, LLC d/b/a Team Ford Lincoln*

THARPE & HOWELL, LLP
ATTORNEYS AT LAW
6897 WEST CHARLESTON BOULEVARD, LAS VEGAS, NV 89117
PHONE: (702) 562-3301 | FAX: (702) 562-3305
WWW.THARPE-HOWELL.COM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

KOLLEEN THOMAS,

Plaintiff,

vs.

TEAM FORD, LLC., a Nevada limited liability company, d/b/a " TEAM FORD LINCOLN"; DOES I thru X, inclusive; ROE CORPORATIONS I thru X, inclusive,

Defendants.

Case No.: 2:14-cv-01790-RFB-GWF

26571

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, KOLLEEN THOMAS, by and through her attorneys of record, Andrew Rempfer, Esq. of Cogburn Law Offices, and Defendant, TEAM FORD, LLC d/b/a TEAM FORD LINCOLN, by and through its attorneys of record, Lora A. Schneider, Esq. of the law firm of THARPE & HOWELL, LLP, that the above-captioned matter be dismissed with prejudice in its entirety, each party to bear their own attorney's fees and costs incurred herein.

///

///

///



KH

IT IS FURTHER STIPULATED by and between the parties that a trial date is not currently set in this matter.

DATED this 19th day of February, 2015.

THARPE & HOWELL, LLP

Lora A. Schneider, Esq.
Nevada Bar No.: 10448
6897 West Charleston Boulevard
Las Vegas Nevada 89117
Attorneys for Defendants,
*Team Ford, LLC d/b/a Team Ford Lincoln*

DATED this 19th day of February, 2015.

COGBURN LAW OFFICES

Kelley K. Hansen, Esq. NBN 12768

Andrew L. Rempfer, Esq.
Nevada Bar No.: 8628
Jason C. Barron, Esq.
Nevada Bar No.: 7270
2879 St. Rose Parkway, Suite 200
Henderson, NV 89052
*Attorneys for Plaintiff*
*Kolleen Thomas*

**ORDER**

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

DATED this 23rd day of February, 2015.

THARPE & HOWELL, LLP
ATTORNEYS AT LAW
6897 WEST CHARLESTON BOULEVARD, LAS VEGAS, NV 89117
PHONE: (702) 562-3301 | FAX: (702) 562-3305
WWW.THARPE-HOWELL.COM